IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02512-REB-BNB

COLORADO CHRISTIAN UNIVERSITY, a Colorado not-for-profit institution of higher education,

Plaintiff,

v.

JUDY P. WEAVER, in her official capacity as Chair of the Colorado Commission on Higher Education,
TERRANCE L. FARINA, in his official capacity as Vice Chair of the Colorado Commission on Higher Education,
JUDITH ALTENBERG,
RAYMOND T. BAKER,
MICHAEL FEELEY,
RICHARD GARCIA,
DEAN L. QUAMME,
GREG C. STEVINSON,
JAMES M. STEWART,
JOEL FARKAS, all in their official capacities as commissioners of the Colorado Commission on Higher Education,
RICHARD F. O'DONNELL, in his official capacity as Executive Director of the Colorado Commission on Higher Education,
RICK RAMIREZ, in his official capacity as a member of the Colorado Commission on Higher Education, and
EDWARD ROBINSON, in his official capacity as a member of the Colorado Commission on Higher Education,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Stipulated Motion to Amend Caption** (the "Motion"), filed on August 17, 2005.

IT IS ORDERED that the Motion is GRANTED and the caption is amended to include as defendants Rick Ramirez and Edward Robinson, in their official capacities as members of the Colorado Commission on Higher Education, as reflected above on this Order.

DATED: August 18, 2005