IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02512-REB-BNB

COLORADO CHRISTIAN UNIVERSITY, a Colorado not-for-profit institution of higher education,

Plaintiff,

v.

JUDY P. WEAVER, in her official capacity as Chair of the Colorado Commission on Higher Education,
TERRANCE L. FARINA, in his official capacity as Vice Chair of the Colorado Commission on Higher Education,
JUDITH ALTENBERG,
RAYMOND T. BAKER,
MICHAEL FEELEY,
RICHARD GARCIA,
DEAN L. QUAMME,
GREG C. STEVINSON,
JAMES M. STEWART,
JOEL FARKAS, all in their official capacities as commissioners of the Colorado Commission on Higher Education,
RICHARD F. O'DONNELL, in his official capacity as Executive Director of the Colorado Commission on Higher Education,
RICK RAMIREZ, in his official capacity as a member of the Colorado Commission on Higher Education, and
EDWARD ROBINSON, in his official capacity as a member of the Colorado Commission on Higher Education,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

       This matter is before the Court on the **Stipulated Motion to Amend Scheduling Order and for Extension of Time for Plaintiff to Respond to Defendants' Request for Production of Documents and Request for Answers to Interrogatories** (the "Motion"), filed on August 17, 2005.

       IT IS ORDERED that the Motion is GRANTED.  The Scheduling Order is amended as follows:

    Discovery Cut-off:                                              **October 7, 2005;**
    Dispositive Motion Deadline:                      **November 4, 2005**.

       IT IS FURTHER ORDERED that the Pretrial Conference set for December 8, 2005, is **vacated and reset to January 9, 2006, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **January 2, 2006**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

       IT IS FURTHER ORDERED that the plaintiff has to and including **September 9, 2005**, in which to respond to defendants' Request for Production of Documents and Request for Answers to Interrogatories.

DATED: August 18, 2005