IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 04-cv-2512-REB-BNB

COLORADO CHRISTIAN UNIVERSITY, a Colorado not-for-profit institution of higher education,

    Plaintiff,

v.

JUDY P. WEAVER, in her official capacity as Chair of the Colorado Commission on Higher Education, et al.

    Defendants.

## ORDER OF RECUSAL

**Blackburn, J.**

This matter is before me *sua sponte*. I conclude that I must recuse myself from this case.

As a general rule, recusal is required when "a reasonable person armed with the relevant facts would harbor doubts about the judge's impartiality." ***Maez v. Mountain States Tel. & Tel., Inc.,*** 54 F.3d 1488, 1508 (10th Cir.1995). 28 U.S.C. § 455 requires recusal when such circumstances arise. ***Hinman v. Rogers,*** 831 F.2d 937, 939 - 40 (10th Cir.1987). Stated differently, § 455 requires a judge to recuse himself from a case when his participation in the case creates an appearance of impropriety. ***U.S. v. Pearson***, 203 F.3d 1243, 1264 (10th Cir. 2000) (citation omitted). However, a "judge should not recuse himself on unsupported, irrational, or highly tenuous speculation." ***Hinman***, 831 F.2d at 939 - 40 (citation omitted).

The court notes that Greg C. Stevinson is a defendants in this action, in his capacity as a member of the Colorado Commission on Higher Education. Mr. Stevinson also is the Chairman of the Jefferson County Open Space Advisory Committee. A member of my personal staff is married to an attorney who represents the Jefferson County Open Space Advisory Committee, and who often works closely with Mr. Stevinson. Given these circumstances, I conclude that I should recuse myself from this case in an effort to avoid any appearance of impropriety.

**THEREFORE, IT IS ORDERED** as follows:

1) That under 28 U.S.C. § 455(a), I **RECUSE** myself from this case; and

2) That the Clerk of the Court is directed to randomly draw another district judge to be assigned to this case.

Dated November 4, 2005, at Denver, Colorado.

                                                      BY THE COURT:

                                                     s/ Robert E. Blackburn
                                                     Robert E. Blackburn
                                                     United States District Judge