IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02512-MSK-BNB

COLORADO CHRISTIAN UNIVERSITY,

       Plaintiff,

v.

JUDY P. WEAVER, in her official capacity as Chair of the Colorado Commission on Higher Education;
TERRANCE L. FARINA, in his official capacity as Vice Chair of the Colorado Commission on Higher Education;
JUDITH ALTENBURG,
RAYMOND T. BAKER,
MICHAEL FEELEY,
RICHARD GARCIA,
DEAN L. QUAMME,
GREG C. STEVINSON,
JAMES M. STEWART,
JOEL FARKAS, all in their official capacities as commissioners of the Colorado Commission on Higher Education;
RICK RAMIREZ,
EDWARD ROBINSON, all in their official capacity as a member of the Colorado Commission on Higher Education;
RICHARD F. O'DONNELL, in his official capacity as Executive Director of the Colorado Commission on Higher Education of the Colorado Department of Higher Education; and
Joel Farkas

       Defendants.
_____

**ORDER ON MOTION TO AMEND CAPTION AND TO SUBSTITUTE PARTIES**
_____

       THIS MATTER comes before the Court on Defendants' Unopposed Motion to Amend Caption and Substitute Parties **(#57)**, and the Court being advised in the premises hereby,

       GRANTS the motion and ORDERS the case caption to be amended as follows:

       1.      Jenna Langer, in her official capacities as Executive Director of the Colorado Commission on Higher Education and of the Colorado Department of Higher

       Education, shall be added as a defendant.

2.     Richard F. O'Donnell and Michael FEELER shall be removed as defendants.

3.     TARRIANCE L. Farina shall be listed as Chair of the Colorado Commission on Higher
Education and Raymond T. Baker as the current Vice Chair.

4.     All future pleadings will bear an amended caption in conformance with this Order.

DATED this 6th day of April 2006.

                              **BY THE COURT:**

*Marcia S. Krieger*
_____

                        Marcia S. Krieger
                        United States District Judge