IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02512-MSK-BNB

COLORADO CHRISTIAN UNIVERSITY,

    Plaintiff,

v.

JUDY P. WEAVER, in her official capacity as Chair of the Colorado Commission on Higher Education;
TERRANCE L. FARINA, in his official capacity as Chair of the Colorado Commission on Higher Education;
RAYMOND T. BAKER, in his official capacity as Vice Chair of the Colorado Commission on Higher Education;
JUDITH ALTENBURG,
RICHARD GARCIA,
DEAN L. QUAMME,
GREG C. STEVINSON,
JAMES M. STEWART,
JOEL FARKAS, all in their official capacities as commissioners of the Colorado Commission on Higher Education;
RICK RAMIREZ,
EDWARD ROBINSON, all in their official capacity as a member of the Colorado Commission on Higher Education;
JENNA LANGER, in her official capacity as Executive Director of the Colorado Commission on Higher Education of the Colorado Department of Higher Education.

    Defendants.
_____

### ORDER SETTING LAW AND MOTION HEARING
_____

The Court sets a 15-minute, non-evidentiary hearing on the law and motion calendar on

**Wednesday, September 20, 2006** at **4:00 p.m.** in this case.  The purpose of this hearing is to

address the formatting of the parties' re-filed motions for summary judgment **(# 62, 64)**.

Dated this 12th day of September, 2006

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge