IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02512-MSK-BNB

COLORADO CHRISTIAN UNIVERSITY,

       Plaintiff,

v.

JUDY P. WEAVER, in her official capacity as Chair of the Colorado Commission on Higher Education;
TERRANCE L. FARINA, in his official capacity as Chair of the Colorado Commission on Higher Education;
RAYMOND T. BAKER, in his official capacity as Vice Chair of the Colorado Commission on Higher Education;
JUDITH ALTENBURG,
RICHARD GARCIA,
DEAN L. QUAMME,
GREG C. STEVINSON,
JAMES M. STEWART,
JOEL FARKAS, all in their official capacities as commissioners of the Colorado Commission on Higher Education;
RICK RAMIREZ,
EDWARD ROBINSON, all in their official capacity as a member of the Colorado Commission on Higher Education;
JENNA LANGER, in her official capacity as Executive Director of the Colorado Commission on Higher Education of the Colorado Department of Higher Education.

       Defendants.

## ORDER

THIS MATTER is before the Court having on Plaintiff's Motion for Leave to Have Counsel Appear by Telephone **(#69)**. The Court being fully advised in the foregoing,,

**ORDERS** that Plaintiff's Motion for Leave to Have Counsel Appear by Telephone **(#69) is GRANTED**. Counsel for the Plaintiff, Steven H. Aden, shall be permitted to appear before the

Court at the Law and Motion Hearing scheduled for 4:00 p.m. on September 20, 2006, via telephone, however, only one counsel (either Mr. Aden by phone or someone in the courtroom) for the Plaintiff may make representations at the hearing. If Mr. Aden intends to represent the Plaintiff, no other counsel for the Plaintiff need appear. Counsel shall contact Maureen Nelson at 303-335-2289 at least 5 minutes prior to the start of the hearing.

Dated this 20th day of September, 2006

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge