**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: Barbara Wagner              Date: September 20, 2006
Court Reporter:  Paul Zuckerman

Civil Action No. 04-cv-02512-MSK-BNB

| *Parties*: | *Counsel Appearing:* |
|---|---|
| COLORADO CHRISTIAN UNIVERSITY, | Steven Aden (by phone) |
| Plaintiff, | |
| v. | |
| JUDY P. WEAVER, | Anthony Dyl |
| TERRANCE L. FARINA, | John Sleeman, Jr. |
| RAYMOND T. BAKER, | Renny Fagan |
| JUDITH ALTENBURG, | |
| RICHARD GARCIA, | |
| DEAN L. QUAMME, | |
| GREG C. STEVINSON, | |
| JAMES M. STEWART, | |
| JOEL FARKASRICK RAMIREZ, | |
| EDWARD ROBINSON, | |
| JENNA LANGER, | |
| Defendants. | |
| (INTERESTED PARTY - USA) | Kevin Traskos |

**COURTROOM MINUTES**

HEARING:   Law and Motion Hearing

Client representative for the Plaintiff, Brian Bissell, present in the courtroom.

**4:08 p.m.        Court in session.**

Arguments presented to the Court.

Discussion regarding formatting requirements.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:** The Court orders that by **September 22, 2006**, the Plaintiff is to file an opening brief that comports with the practice standards and formatting guidelines.

**ORDER:** The Joint Motion for Clarification **(Doc #68) is granted in part and denied in part.** It is granted insofar as there is an extension of time to file response briefs until **September 29, 2006.** In all other respects it is denied.

**4:43 p.m.** Court in recess.

**Total Time:** 35 minutes.
**Hearing concluded.**