IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02512-MSK-BNB

COLORADO CHRISTIAN UNIVERSITY,

    Plaintiff,

v.

JUDY P. WEAVER, in her official capacity as Chair of the Colorado Commission on Higher Education;
TERRANCE L. FARINA, in his official capacity as Chair of the Colorado Commission on Higher Education;
RAYMOND T. BAKER, in his official capacity as Vice Chair of the Colorado Commission on Higher Education;
JUDITH ALTENBURG,
RICHARD GARCIA,
DEAN L. QUAMME,
GREG C. STEVINSON,
JAMES M. STEWART,
JOEL FARKAS, all in their official capacities as commissioners of the Colorado Commission on Higher Education;
RICK RAMIREZ,
EDWARD ROBINSON, all in their official capacity as a member of the Colorado Commission on Higher Education;
JENNA LANGER, in her official capacity as Executive Director of the Colorado Commission on Higher Education of the Colorado Department of Higher Education.

    Defendants.

## ORDER RESETTING HEARING

Due to a scheduling conflict,

**IT IS ORDERED** that the final pre-trial conference scheduled to commence on February 14, 2007 at 8:00 a.m. is **VACATED** and **RESET to March 23, 2007 at 1:30 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 30th day of January, 2007

                                 **BY THE COURT:**

                                 Marcia S. Krieger
                                 United States District Judge