IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02512-MSK-BNB

COLORADO CHRISTIAN UNIVERSITY,

   Plaintiff,

v.

RAYMOND T. BAKER, in his official capacity as Chair of the Colorado Commission on Higher
Education,
DEAN L. QUAMME, in his official capacity as Vice Chair of the Colorado Commission on
Higher Education,
JUDY P. WEAVER, in her official capacity as Chair of the Colorado Commission on Higher
Education,
RICHARD GARCIA,
GREG C. STEVINSON,
JAMES M. STEWART,
RICK RAMIREZ,
EDWARD ROBINSON, all in their official capacity as a member of the Colorado Commission on
Higher Education, and
DAVID SKAGGS, in his official capacities as Executive Director of the Colorado Commission on
Higher Education and of the Colorado Department of Higher Education,

   Defendants.

_____

### ORDER VACATING PRETRIAL CONFERENCE
_____

  **THIS MATTER** comes before the Court *sua sponte*.

  A Pretrial Conference is currently set for March 23, 2007. Because both parties anticipate

that this case can be resolved on the cross-motions for summary judgment that are currently

pending, a Pretrial Conference is not necessary at this time.  Thus, the Pretrial Conference set for

March 23, 2007 is **VACATED** *sine die*.  The trial date of May 15, 2007 shall remain on the

calendar at this time, in case a trial is found to be necessary.

     Dated this 13th day of March, 2007

**BY THE COURT:**

Marcia S. Krieger
United States District Judge