IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02512-MSK-BNB

COLORADO CHRISTIAN UNIVERSITY,

        Plaintiff,

v.

RAYMOND T. BAKER, in his official capacity as Chair of the Colorado Commission on Higher Education,
DEAN L. QUAMME, in his official capacity as Vice Chair of the Colorado Commission on Higher Education,
JUDY P. WEAVER, in her official capacity as Chair of the Colorado Commission on Higher Education,
RICHARD GARCIA,
GREG C. STEVINSON,
JAMES M. STEWART,
RICK RAMIREZ,
EDWARD ROBINSON, all in their official capacity as a member of the Colorado Commission on Higher Education, and
DAVID SKAGGS, in his official capacities as Executive Director of the Colorado Commission on Higher Education and of the Colorado Department of Higher Education,

        Defendants.

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

The following matter is set for a non-evidentiary hearing on the law and motion calendar[1] of Judge Marcia S. Krieger to be held on **November 6, 2008,** at **8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel shall *bring their calendars*.

Counsel may appear at this hearing by telephone. To appear telephonically, counsel and

---

[1] *See* MSK Civ. Practice Standard V.H.

any *pro se* parties shall contact the Courtroom Deputy at **303-335-2185** no later than two court days before the hearing to make arrangements.

DATED this 24th day of October, 2008.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge