IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-2512 MSK-BNB

COLORADO CHRISTIAN UNIVERSITY, a Colorado not-for-profit institution of higher education, for itself and on behalf of its current and future students,

Plaintiff,

v.

JUDY P. WEAVER, in her official capacity as Chair of the Colorado Commission on Higher Education;
RAYMOND T. BAKER, in his official capacity as Vice Chair of the Colorado Commission on Higher Education;
RICHARD GARCIA,
DEANE L. QUAMME,
GREG C. STEVINSON,
JAMES M. STEWART,
RICK RAMIREZ,
and EDWARD ROBINSON, all in their official capacities as commissioners of the Colorado Commission on Higher Education; and
DAVID SKAGGS, in his official capacity as Executive Director of the Colorado Commission on Higher Education and of the Colorado Department of Higher Education,

Defendants.

---

**STIPULATION FOR ENTRY OF BILL OF COSTS**

---

The parties, through their undersigned counsel, and pursuant to Fed.R.Civ.Pro. 54(d)(1) and D.C.COLO.LCivR 54.1, hereby stipulate to entry of bill of costs in favor of Defendants and against the Plaintiff in the amount of $5,439.13, and in support thereof state as follows:

1. The parties have reached an agreement as to the amount of costs to be awarded.

WHEREFORE, the parties respectfully request the Clerk to enter bill of costs in favor of Plaintiff and against Defendants in the amount of $5,439.13.

Respectfully submitted this 28th day of January, 2009.

JOHN W. SUTHERS
Attorney General

/s/ Gregory S. Baylor
GREGORY S. BAYLOR, *Pro Hac Vice*
TIMOTHY J. TRACEY, *Pro Hac Vice*
CENTER FOR LAW & RELIGIOUS FREEDOM
8001 Braddock Road, Suite 300
Springfield, VA 22151
Phone: (703) 642-1070
Email: gbaylor@clsnet.org
tjtracey@clsnet.org

L. MARTIN NUSSBAUM (Atty. Reg. # 15370)
ERIC V. HALL (Atty. Reg. # 32028)
ROTHGERBER JOHNSON & LYONS LLP
Wells Fargo Tower, Suite 1100
90 South Cascade Avenue
Colorado Springs, CO 80903-1662
Phone: (719) 386-3000
Email: mnussbaum@rothgerber.com
ehall@rothgerber.com

THOMAS N. SCHEFFEL (Atty. Reg. # 7869)
THOMAS N. SCHEFFEL & ASSOCIATES, P.C.
3801 East Florida Avenue, Suite 600
Denver, CO 80210
Phone: (303) 759-5937
Email: Thom@tnslaw.com

BENJAMIN W. BULL
GARY S. McCALEB
ALLIANCE DEFENSE FUND
15100 N. 90th Street
Scottsdale, Arizona 85260
Phone: (480) 444-0020
Email: bbull@telladf.org

/s/ Amy Christine Colony
AMY CHRISTINE COLONY*
Assistant Attorney General
JOHN R. SLEEMAN, JR., 16207*
First Assistant Attorney General
ANTONY DYL, 15968*
Assistant Attorney General

Attorney General's Office
1525 Sherman Street, 5th Floor
Denver, CO 80203
Phone: (303) 866-5741
Email: Amy.Colony@state.co.us
John.Sleeman@state.co.us
Tony.Dyl@state.co.us
Attorneys for Defendants
*Counsel of Record

gmccaleb@telladf.org

ATTORNEYS FOR PLAINTIFF
COLORADO CHRISTIAN UNIVERSITY

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2009, I electronically filed the STIPULATION FOR ENTRY OF BILL OF COSTS with the Clerk of the U.S. District Court, District of Colorado, using the CM/ECF system which will send notification of such filing to the following e-mail address:

tony.dyl@state.co.us
john.sleeman@state.co.us
amy.colony@state.co.us

Attorneys for Defendants

ehall@rothgerber.com
saden@telladf.org
Thom@tnslaw.com

Attorneys for Plaintiff

Kevin.Traskos@usdoj.gov

Attorney for *Amicus Curiae* United States

/s/ Gregory S. Baylor
Gregory S. Baylor
Attorney for Plaintiff
Center for Law & Religious Freedom
8001 Braddock Road, Suite 300
Springfield, VA 22151
Phone: (703) 642-1070
Email: gbaylor@clsnet.org