IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02512-MSK-BNB

COLORADO CHRISTIAN UNIVERSITY, a Colorado not-for-profit institution of higher education,

Plaintiff,

v.

JUDY P. WEAVER, in her official capacity as a member of the Colorado Commission on Higher Education,
RAYMOND T. BAKER, in his official capacity as Chair of the Colorado Commission on Higher Education,
RICHARD GARCIA,
DEAN L. QUAMME, in his official capacity as Vice Chair of the Colorado Commission on Higher Education,
GREG C. STEVINSON,
JAMES M. STEWART,
RICK RAMIREZ, in his official capacity as a member of the Colorado Commission on Higher Education,
EDWARD ROBINSON, in his official capacity as a member of the Colorado Commission on Higher Education,
DAVID SKAGGS, in his official capacities as Executive Director of the Colorado Commission on Higher Education, and of the Colorado Department of Higher Education,
CARRIE BESNETTE, and
JOEL ROSENSTEIN,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Uncontested Motion for Withdrawal of John R. Sleeman, Jr. as Counsel for Defendants** [docket no. 126, filed March 3, 2009] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and attorney Sleeman is withdrawn from the representation of defendants and is to be removed from the electronic service.

DATED: March 3, 2009