IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-2512 MSK-BNB

COLORADO CHRISTIAN UNIVERSITY, a Colorado not-for-profit institution of higher education, for itself and on behalf of its current and future students,

Plaintiff,

v.

JUDY P. WEAVER, in her official capacity as Chair of the Colorado Commission on Higher Education;
RAYMOND T. BAKER, in his official capacity as Vice Chair of the Colorado Commission on Higher Education;
RICHARD GARCIA,
DEANE L. QUAMME,
GREG C. STEVINSON,
JAMES M. STEWART,
RICK RAMIREZ,
and EDWARD ROBINSON, all in their official capacities as commissioners of the Colorado Commission on Higher Education; and
DAVID SKAGGS, in his official capacity as Executive Director of the Colorado Commission on Higher Education and of the Colorado Department of Higher Education,

Defendants.

---

**PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR ATTORNEY'S FEES AND NONTAXABLE EXPENSES**

---

COMES NOW Plaintiff Colorado Christian University and hereby moves this Court for leave to withdraw Plaintiff's Motion for Attorney's Fees and Nontaxable Expenses. In support of this Motion to Withdraw, Plaintiff shows as follows:

1. On February 11, 2009, Plaintiff filed its Motion for Attorney's Fees and Nontaxable Expenses.

2. On March 4, 2009, Defendants filed their Response to Plaintiff's motion.

3. The parties subsequently settled their dispute over Plaintiff's entitlement to attorney's fees and nontaxable expenses.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to withdraw Plaintiff's Motion for Attorney's Fees and Nontaxable Expenses.

Respectfully submitted this 4th day of June, 2009.

/s/ Gregory S. Baylor
GREGORY S. BAYLOR, *Pro Hac Vice*
CENTER FOR LAW & RELIGIOUS FREEDOM
8001 Braddock Road, Suite 300
Springfield, VA 22151
Phone: (703) 642-1070
Email: gbaylor@clsnet.org

L. MARTIN NUSSBAUM (Atty. Reg. # 15370)
ERIC V. HALL (Atty. Reg. # 32028)
ROTHGERBER JOHNSON & LYONS LLP
Wells Fargo Tower, Suite 1100
90 South Cascade Avenue
Colorado Springs, CO 80903-1662
Phone: (719) 386-3000
Email: mnussbaum@rothgerber.com
ehall@rothgerber.com

THOMAS N. SCHEFFEL (Atty. Reg. # 7869)
THOMAS N. SCHEFFEL & ASSOCIATES, P.C.
3801 East Florida Avenue, Suite 600
Denver, CO 80210
Phone: (303) 759-5937
Email: thom@tnslaw.com

BENJAMIN W. BULL
GARY S. McCALEB
ALLIANCE DEFENSE FUND
15100 N. 90th Street
Scottsdale, Arizona 85260

Phone: (480) 444-0020
Email: bbull@telladf.org
gmccaleb@telladf.org

ATTORNEYS FOR PLAINTIFF
COLORADO CHRISTIAN UNIVERSITY

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2009, I electronically filed the PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR ATTORNEY'S FEES AND NONTAXABLE EXPENSES with the Clerk of the U.S. District Court, District of Colorado, using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

tony.dyl@state.co.us
amy.colony@state.co.us

Attorneys for Defendants

/s/ Gregory S. Baylor

Gregory S. Baylor
Attorney for Plaintiff
Center for Law & Religious Freedom
8001 Braddock Road, Suite 300
Springfield, VA 22151
Phone: (703) 642-1070
Email: gbaylor@clsnet.org